SAVIENT PHARMACEUTICALS, INC., Plaintiff–Appellant,

v.

SANDOZ, INC. Defendant–Appellee,

and

Upsher–Smith Laboratories, Inc., Defendant–Appellee.

No. 2007–1081.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).